COLUMBUS BAR ASSOCIATION *v.* WOLERY.

[Cite as *Columbus Bar Assn. v. Wolery* (1992), 65 Ohio St.3d 149.]

(No. 92–1707—Submitted October 13, 1992—Decided December 9, 1992.)

*Bruce A. Campbell* and *Geoffery Stern,* for relator.

*Don E. Wolery* and *Richard E. Wright,* for respondent.

---

*Per Curiam.* We agree with the board's findings and its recommendation. Accordingly, we order that respondent be suspended from the practice of law for a period of two years, retroactive to the date of his initial suspension by this court on November 21, 1990. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.